IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TERRIE HOLSCHER, <br><br> Plaintiff, <br><br> vs. <br><br> KEN HESS and LORI HESS, in their individual capacities as co-landlords & owners of d/b/a/ Glacier Mountain Rentals, <br><br> Defendants. | CV 19-50-BU-BMM-KLD <br><br> ORDER |

Defendants Ken Hess and Lori Hess have filed a motion to strike pro se Plaintiff Terrie Holscher's "Statement of Stipulated Facts" (Doc. 16) and "Joint Discovery Plan" (Doc. 17). Defendants move to strike both documents on the ground that Plaintiff filed them unilaterally, and did not communicate or consult with defense counsel.

On November 26, 2019, the undersigned issued Findings and Recommendation, recommending that Defendants' Rule 12 motion to dismiss for lack of subject matter jurisdiction and failure to state a claim for relief be granted and this case be dismissed. Accordingly,

IT IS ORDERED that Defendants' motion to strike (Doc. 19) is GRANTED. In the event presiding United States District Judge Brian Morris does not adopt the

1

undersigned's recommendation and dismiss this case with prejudice, the parties will have the opportunity to file their preliminary pretrial statements, joint discovery plan, and statement of stipulated facts before the preliminary pretrial conference, which is scheduled for January 16, 2020.

DATED this 26th day of November, 2019.

_____
Kathleen L. DeSoto
United States Magistrate Judge