UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TERRIE HOLSCHER, <br><br> Plaintiff, <br><br> vs. <br><br> KEN HESS and LORI HESS, in their individual capacities as co-landlords and owners of d/b/a Glacier Mountain Rentals, <br><br> Defendant. | Case No. CV-19-50 -BU-BMM <br><br> JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Findings and Recommendations are ADOPTED IN FULL. Defendant's Motion to Dismiss is GRANTED. This case is DISMISSED with prejudice.

    Dated this 7th day of January, 2020.

                               TYLER P. GILMAN, CLERK

                               By: /s/ M. Stewart
                               M. Stewart, Deputy Clerk