UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TERRIE HOLSCHER,<br><br>              Plaintiff,<br><br>vs.<br><br>KEN HESS and LORI HESS, in their individual capacities as co-landlords and owners of d/b/a Glacier Mountain Rentals,<br><br>              Defendant. | Case No. CV-19-50 -BU-BMM<br><br>AMENDED JUDGMENT<br><br>IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the case is DISMISSED without prejudice.

Dated this 18th day of March, 2021.

                              TYLER P. GILMAN, CLERK

                              By: /s/ Traci Orthman
                              Traci Orthman, Deputy Clerk